■ DOROTHY NOSALSKI et al., Appellants, v VINCENT RATTO, Respondent. WILLIAM MARINACCIO, Nonparty Respondent. ▬

Titone, J. P., Thompson, Bracken and Rubin, JJ., concur.